IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH KRIZ, #244458, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-660-TMH |
| | ) [WO] |
| | ) |
| LEON FORNISS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

The Magistrate Judge entered a Recommendation (Doc. #14) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that

1. The Recommendation (Doc. #14) of the Magistrate Judge is ADOPTED;

2. Defendants' Motion for Summary Judgment (Doc. #10) is GRANTED; and

3. The costs of this proceeding are taxed against Plaintiff.

Done this 10th day of November, 2011.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE